UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Gregory Alexander Welch,           Civil 08-6330 ADM/FLN

    Plaintiff,

v.                             O R D E R

Assistant Ramsey County Attorneys
Robert A. Plesha and David E.
Miller, and Ramsey County Judges
Gary W. Bastian and M. Michael
Monahan, et al.,

    Defendants.

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated January 7, 2009, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's application to proceed in forma pauperis, (Docket No. 2), is **DENIED**;

2. This action is **SUMMARILY DISMISSED** pursuant to 28 U.S.C. § 1915A(b);

3. Plaintiff is required to pay the unpaid balance of the Court filing fee, namely $341.09, in accordance with 28 U.S.C. § 1915(b)(2); and

4. The dismissal of this action is treated as a "strike" against Plaintiff for

purposes of 28 U.S.C. § 1915(g).

DATED:  February 5, 2009             s/Ann D. Montgomery

at Minneapolis, Minnesota            JUDGE ANN D. MONTGOMERY
                                     United States District Court